J-S26022-19

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT I.O.P. 65.37**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : | IN THE SUPERIOR COURT OF |
| | : | PENNSYLVANIA |
| | : | |
| v. | : | |
| | : | |
| | : | |
| JERMAINE HENDERSON | : | |
| | : | |
| Appellant | : | No. 1794 EDA 2018 |

Appeal from the Judgment of Sentence Entered June 18, 2013
In the Court of Common Pleas of Philadelphia County Criminal Division at
No(s):  CP-51-CR-0012686-2011,
CP-51-CR-0012688-2011

BEFORE:   PANELLA, P.J., GANTMAN, P.J.E., and PELLEGRINI*, J.

DISSENTING MEMORANDUM BY PELLEGRINI, J.:        **FILED JUNE 03, 2019**

I would not quash the appeal for reasons set forth in my dissenting opinion in **Matter of M.P.,** 204 A.3d 976 (Pa. Super. Ct. 2019).  For those reasons, I would hold that the requirement in **Commonwealth v. Walker**, 185 A.3d 969, 971 (Pa. 2018), that holds that separate notices of appeal be filed for each case sought to be appealed, only becomes effective when the Appellate Procedural Rules Committee complies the direction given to it by our Supreme Court to either amend Pa.R.A.P. 341(a) or its Official Note to explicitly require separate notices of appeal.  Accordingly, I respectfully dissent.

_____
*   Retired Senior Judge assigned to the Superior Court.